JS 44C/SDNY
REV. 2/2016

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Catholic United Investment Trust, et al.
(see attachment A for list of additional plaintiffs)

**DEFENDANTS**
CoBank, ACB

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Gordon Z. Novod, GRANT & EISENHOFER P.A., 485 Lexington Ave., NY, NY 10017 Tel: 646-722-8523

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Breach of contract. Breach of the implied covenant of good faith and fair dealing

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ] Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ] Yes [ ]  If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?  No [x]  Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)   **NATURE OF SUIT**

**TORTS**                                            **ACTIONS UNDER STATUTES**

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[x] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)

**ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [x] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [x] 5 | [x] 5 |
| CITIZEN OF ANOTHER STATE | [x] 2 | [x] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [x] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
See Attachment A for Plaintiffs' Addresses

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
CoBank, ACB, 6340 S. Fiddlers Green Circle, Greenwood Village, CO 80111

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 6/13/2016    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 6 _____ Yr. 2002 ____)
Attorney Bar Code # GN0494

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

# ATTACHMENT A

## Plaintiffs Addresses and Counties

**Catholic United Investment Trust**
Address:	c/o Longfellow Investment Management Co. LLC
	20 Winthrop Square
	Boston, MA 02110
County:	Suffolk

**American Family Life Assurance Company of Columbus**
Address:	American Family Center
	1932 Wynnton Road
	Columbus, GA 31999
County:	Muscogee

**American Funds Insurance Series - Bond Fund**
Address:	c/o Capital Research and Management Company
	333 South Hope Street
	Los Angeles, CA 90071
County:	Los Angeles

**Americo Financial Life and Annuity Insurance Company**
Address:	300 West 11th St.
	Kansas City, MO 64105
County:	Jackson

**Athene Annuity and Life Company**
Address:	7700 Mills Civic Parkway
	West Des Moines, IA 50266
County:	Dallas

**Bank of Utica Investment Subsidiary, Ltd.**
Address:	c/o Bank of Utica
	222 Genesee Street
	Utica, NY 13502
County:	Oneida

**Beaumont Health**
Address:	c/o Longfellow Investment Management Co. LLC
	20 Winthrop Square
	Boston, MA 02110
County:	Suffolk

**Bio-Rad Laboratories, Inc.**
Address: c/o Longfellow Investment Management Co. LLC
20 Winthrop Square
Boston, MA 02110
County: Suffolk

**The Bond Fund of America**
Address: c/o Capital Research and Management Company
333 South Hope Street
Los Angeles, CA 90071
County: Los Angeles

**Capital Income Builder**
Address: c/o Capital Research and Management Company
333 South Hope Street
Los Angeles, CA 90071
County: Los Angeles

**Capital World Bond Fund**
Address: c/o Capital Research and Management Company
333 South Hope Street
Los Angeles, CA 90071
County: Los Angeles

**Cutwater Select Income Fund**
Address: 200 Park Avenue, Seventh Floor
New York, NY 10016
County: New York

**Dedham Institution for Savings**
Address: c/o Longfellow Investment Management Co. LLC
20 Winthrop Square
Boston, MA 02110
County: Suffolk

**Ephrata National Bank**
Address: 31 E. Main St.
Ephrata, PA 17522
County: Lancaster

**Erie Family Life Insurance Company**
Address: 100 Erie Insurance Place
Erie, PA 16530-0001
County: Erie

**Federated Life Insurance Company**
Address:     121 East Park Square
             Owatonna, MN 55060
County:      Steele

**Glacier Bank**
Address:     49 Commons Loop
             Kalispell, MT 59901
County:      Flathead

**Great Southern Life Insurance Company**
Address:     300 West 11th St.
             Kansas City, MO 64105
County:      Jackson

**Health Care Service Corporation**
Address:     c/o Longfellow Investment Management Co. LLC
             20 Winthrop Square
             Boston, MA 02110
County:      Suffolk

**The Income Fund of America**
Address:     c/o Capital Research and Management Company
             333 South Hope Street
             Los Angeles, CA 90071
County:      Los Angeles

**Mutual of America Life Insurance Company**
Address:     320 Park Avenue
             New York, NY 10022
County:      New York

**The Northwestern Mutual Life Insurance Company**
Address:     720 E. Wisconsin Ave.
             Milwaukee, WI 53202
County:      Milwaukee

**Ohio National Life Assurance Corporation**
Address:     One Financial Way
             Cincinnati, OH 45242
County:      Hamilton

**The Ohio National Life Insurance Company**
Address:     One Financial Way
             Cincinnati, OH 45242
County:      Hamilton

**Schlumberger Group Trust**
Address: c/o Longfellow Investment Management Co. LLC
20 Winthrop Square
Boston, MA 02110
County: Suffolk

**Tauck, Inc.**
Address: c/o Longfellow Investment Management Co. LLC
20 Winthrop Square
Boston, MA 02110
County: Suffolk

**Thrivent Financial for Lutherans**
Address: 625 Fourth Ave S.
Minneapolis, MN 55415-1665
County: Hennepin

**Waukesha State Bank**
Address: 151 E. St. Paul Ave
Waukesha, WI 53188
County: Waukesha