UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMCO INSURANCE COMPANY ET AL.,

                Plaintiff(s),          16CV4422-LTS

    -v-

COBANK, ACB,

                Defendant(s).
-------------------------------------------------------------X

**ORDER**

In light of the pending motion(s), the final pretrial conference scheduled for December 6, 2019, is rescheduled to **April 3, 2020, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
        December 2, 2019

                              /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            United States District Judge