UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMCO INSURANCE COMPANY ET AL.,

                Plaintiff(s),         16CV4422-LTS

     -v-

COBANK, ACB,

                Defendant(s).
-------------------------------------------------------------X

### ORDER

In light of the pending motion(s), the final pretrial conference scheduled for April 3, 2020, is rescheduled to **July 17, 2020, at 11:30 a.m.** in Courtroom 17C.

    SO ORDERED.

Dated: New York, New York
       March 16, 2020

                                          /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         United States District Judge