UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMCO INSURANCE COMPANY ET AL.,

                Plaintiff(s),          16CV4422-LTS

    -v-

COBANK, ACB,

                Defendant(s).
-------------------------------------------------------------X

**ORDER**

In light of the pending motion(s), the final pretrial conference scheduled for July 17, 2020, is rescheduled to **October 23, 2020, at 12:00 noon** in Courtroom 17C.

    SO ORDERED.

Dated:  New York, New York
         July 1, 2020

                                      /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    United States District Judge