UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMCO INSURANCE COMPANY ET AL.,

                    Plaintiff(s),                16CV4422-LTS

       -v-

COBANK, ACB,

                    Defendant(s).
-------------------------------------------------------------X

## O**RDER**

      In light of the pending motion(s), the final pretrial conference scheduled for October 23, 2020,

is rescheduled to **January 22, 2021, at 12:00 noon** in Courtroom 17C.

      SO ORDERED.

Dated: New York, New York
      October 19, 2020

                                    /s/  Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                United States District Judge