```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
```

AMCO INSURANCE COMPANY ET AL.,

                Plaintiff(s),            16-CV-4422-LTS

    -v-

COBANK, ACB,

                Defendant(s).
```
-------------------------------------------------------------X
```

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for January 22, 2021, is rescheduled to **April 23, 2021, at 12:00 noon** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       January 14, 2021

                                               /s/  Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge