UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AMCO INSURANCE COMPANY ET AL.,

                Plaintiff(s),          16-CV-4422-LTS

    -v-

COBANK, ACB,

                Defendant(s).
-------------------------------------------------------------X

**ORDER**

In light of the pending motion(s), the final pretrial conference scheduled for April 23, 2021, is rescheduled to **July 30, 2021, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       April 19, 2021

                                         /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Chief Judge