UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMCO INSURANCE COMPANY, et al.,

                Plaintiffs,

-v-

COBANK, ACB,

                Defendant.

CIVIL ACTION NO.: 16 Civ. 4422 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties shall meet and confer and, by **September 30, 2021**, file a joint letter: i) proposing three dates in November when all parties are available for a settlement conference; and ii) advising the Court of the parties' preferred format for the settlement conference, i.e., by telephone, videoconference, or in-person. If the parties prefer proceeding by videoconference, they shall further advise whether they would like the Court to host the conference on its Microsoft Teams platform or if counsel will host the conference on a platform such as Zoom or Webex.

Dated:     New York, New York
              September 23, 2021

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**